# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 17 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>REYNALDO HERNANDEZ,<br><br>              Defendant. | CASE NO. 14-cr-00773-DMS<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

8:1326(a),(b) - Removed Alien Found in the United States(1); 8:1325 - Improper Entry by an Alien (Misdemeanor)(1s); 8:1325 - Improper Entry by an Alien (Felony)(2s)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/17/14

David H. Bartick
U.S. Magistrate Judge